**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Case No. 14-cv-2687-WJM-MEH

AUTO-OWNERS INSURANCE COMPANY, a Michigan company,

     Plaintiff,

v.

CREEKSIDE HOMES, LLC., a Colorado company
WILLIAM LYONS, JR., and
BROOKHAVEN CONDOMINIUMS HOA, INC., a Colorado non-profit corporation,

     Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS

---

     This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Claims with Prejudice, filed November 26, 2014 (ECF No. 16).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

     The Parties' Stipulated Motion to Dismiss Claims is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

     Dated this 26th day of November, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge